459113.2
WATANABE ING LLP
A Limited Liability Law Partnership

JONATHAN W.Y. LAI        6504-0
TRACEY L. KUBOTA         9187-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No.: (808) 544-8300
Facsimile No.: (808) 544-8399

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 30 2012

at _____ o'clock and _____ min. ___ M.
SUE BEITIA, CLERK

Attorneys for Petitioner
HAWAII STATE FEDERAL CREDIT UNION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>BRANDON C. HALEAMAU,<br><br>              Defendant. | )  CR. NO. 10-00567 HG<br>)<br>)  HAWAII STATE FEDERAL CREDIT<br>)  UNION'S PETITION FOR<br>)  HEARING TO ADJUDICATE THE<br>)  VALIDITY OF ITS INTEREST;<br>)  AFFIDAVIT OF ALLEN<br>)  MURAYAMA; EXHIBITS "A" –<br>)  "C"; CERTIFICATE OF SERVICE<br>) |

HAWAII STATE FEDERAL CREDIT UNION'S
PETITION FOR ADJUDICATION OF INTEREST

        COMES now Petitioner Hawaii State Federal Credit Union

("Petitioner"), by and through its attorneys, WATANABE ING LLP,

and hereby petitions the Court pursuant to 21 U.S.C. § 853(n)(2)

to assert its legal interest in that certain grey 2009 Nissan

GT-R 2-door coupe bearing Vehicle Identification Number

JN1AR54M19M220020 and Hawaii license plate number PWP 795 (the

"Subject Vehicle") and requests a hearing to adjudicate the same. The Subject Vehicle has been ordered for forfeiture to the United States pursuant to this Court's Preliminary Order of Forefiture dated August 1, 2012. The nature and extent of Petitioner's right, title and interest in the Subject Vehicle and the time and circumstances of its acquisition of that right title, and interest are set forth in this Petition and supported by the Affidavit of Allen Murayama and the attached exhibits submitted herewith.

On or about July 26, 2007, Brandon C. Haleamau ("Mr. Haleamau") executed that certain Loanliner Open-End Plan Signatures Plus Credit and Security Agreement (the "Plan") with HSFCU. According to the Plan, the parties anticipated that "from time to time, [Mr. Haleamau] will borrow money (called 'advances') under the Plan" for "different types of credit (called 'subaccounts') available under the Plan[.]"  A true and correct copy of the Plan is attached as Exhibit A to the Affidavit of Allen Murayama.

In conjunction with the same, on or about September 8, 2008, Mr. Haleamau received that certain Auto Loan referenced as Account No. 88842-L-1 (the "Auto Loan"). As a result of the Auto Loan, FIFTY THOUSAND DOLLARS ($50,000.00) was disbursed by HSFCU to Mr. Haleamau for the purchase of that certain 2009 Nissan GT-R, VIN JN1AR54M19M220020 (the "Subject Vehicle").

This transaction is evidenced by that certain Loanliner Open-End Disbursement Receipt Plus agreement dated September 8, 2008 (the "Auto Loan Contract").  As part of the Auto Loan, HSFCU was provided with a secured interest in the Subject Vehicle.  A true and correct copy of the Auto Loan Contract is attached as Exhibit B to the Affidavit of Allen Murayama.  Petitioner continues to be a valid lien holder of the Subject Vehicle and its security interest has been perfected by notation of Petitioner's interest on the certificate of title.  A copy of the Subject Vehicle's Electronic Title reflecting Petitioner's ownership interest is attached as Exhibit C to the Affidavit of Allen Murayama.

Pursuant to the Auto Loan Contract, Mr. Haleamau agreed to make monthly payments at the time an in the manner required by the terms of the Plan.  However, Mr. Haleamau failed, neglected, and refused to make the required monthly payments and is consequently in default thereunder.  Pursuant to the terms of the Plan and Auto Loan Contract, Petitioner's damages include all amounts due thereunder as well as all reasonable attorneys' fees and costs incurred by Petitioner with respect to enforcement of the Auto Loan Contract and this matter.

As of August 22, 2012, Mr. Haleamau owed Petitioner the following amounts under the Auto Loan:

| | | |
|---|---|---|
| Principal: | $ | 28,259.14 |
| Interest (to 08/27/12): | | 3,086.20 |
| Attorneys' Fees and Costs: | | 2,490.05 |
| **TOTAL** | **$** | **33,835.39** |

plus continuing interest accruing after August 27, 2012 at the contract rate of 6.500% per year, $4.9647 per diem.

By reason of said default, Petitioner is entitled to, among other things, take possession of the Subject Vehicle, sell the Subject Vehicle, and use the proceeds of the sale towards the amount Mr. Haleamau owes to Petitioner.

Petitioner had no knowledge that the Subject Vehicle was or would be involved in any violation of the law. Petitioner did not participate in the offense or offenses by Mr. Haleamau, Petitioner did not consent to the commission of the offense or offenses by Mr. Haleamau, and the commission of the offense or offenses by Mr. Haleamau violated a covenant of the Auto Loan which specifically prohibited the use of the Subject Vehicle for "any unlawful purpose." See Plan at ¶ 21. Petitioner is a federal credit union involved with the financing of the purchase of the Subject Vehicle; Petitioner is not involved with nor does it have other knowledge of the use of the Subject Vehicle following the financing at purchase. More specifically, Petitioner had no knowledge the Subject Vehicle was involved in a transaction or attempted transaction in violation of Title 18 USC 1956.

As discussed above, Petitioner holds a bona fide security interest in the Subject Vehicle, and Petitioner had no knowledge and did not consent to the commission of any offense or offenses by Mr. Haleamau.  Mr. Haleamau has defaulted on that loan with Petitioner, Petitioner is owed money secured by the Subject Vehicle, and Petitioner is entitled to repossess and liquidate the Subject Vehicle to pay down the full amount it is owed by Mr. Haleamau under the terms of the Auto Contract.

WHEREFORE, Petitioner prays that this Court amend its Preliminary Order of Forfeiture entered in connection with the Subject Vehicle to reflect Petitioner's interest in the Subject Vehicle.

DATED: Honolulu, Hawaii, August 30, 2012.

_____
JONATHAN W.Y. LAI
TRACEY L. KUBOTA
Attorneys for Petitioner
HAWAII STATE FEDERAL CREDIT UNION