459113.2
WATANABE ING LLP
A Limited Liability Law Partnership

JONATHAN W.Y. LAI        6504-0
TRACEY L. KUBOTA         9187-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No.: (808) 544-8300
Facsimile No.: (808) 544-8399

Attorneys for Petitioner
HAWAII STATE FEDERAL CREDIT UNION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 10-00567 HG |
| Plaintiff, | ) AFFIDAVIT OF ALLEN MURAYAMA |
| vs. | ) |
| BRANDON C. HALEAMAU, | ) |
| Defendant. | ) |

**AFFIDAVIT OF ALLEN MURAYAMA**

| | |
|---|---|
| STATE OF HAWAII | ) |
|  | ) SS. |
| COUNTY OF HONOLULU | ) |

Affiant, being first duly sworn on oath, deposes and says:

    1.   I am a Collection Officer for Petitioner HAWAII STATE FEDERAL CREDIT UNION, a federal credit union authorized to do business within the State of Hawaii ("Petitioner").

2. In that capacity, I am one of the custodians of records for Plaintiff's loans in Hawaii that have gone into default. Those records are maintained and kept in the course of Plaintiff's regularly conducted business activity. Entries into those records are made at or near the time of any event recorded in those records, by persons having personal knowledge of such event. One of Plaintiff's records includes an auto loan given to Defendant Brandon C. Haleamau ("Mr. Haleamau").

3. I have personal knowledge of and am competent to testify to the matters hereinafter stated, and do hereby make this affidavit in support of "Hawaii State Federal Credit Union's Petition for Adjudication of Interest."

4. On or about July 26, 2007, Mr. Haleamau executed that certain Loanliner Open-End Plan Signatures Plus Credit and Security Agreement (the "Plan") with HSFCU. According to the Plan, the parties anticipated that "from time to time, [Mr. Haleamau] will borrow money (called 'advances') under the Plan" for "different types of credit (called 'subaccounts') available under the Plan[.]" A true and correct copy of the Plan is attached hereto as Exhibit A.

5. In conjunction with the same, on or about September 8, 2008, Mr. Haleamau received that certain Auto Loan referenced as Account No. 88842-L-1 (the "Auto Loan"). As a result of the Auto Loan, FIFTY THOUSAND DOLLARS ($50,000.00) was

disbursed by HSFCU to Mr. Haleamau for the purchase of that certain 2009 Nissan GT-R, VIN JN1AR54M19M220020 (the "Subject Vehicle"). This transaction is evidenced by that certain Loanliner Open-End Disbursement Receipt Plus agreement dated September 8, 2008 (the "Auto Loan Contract"). As part of the Auto Loan, HSFCU was provided with a secured interest in the Subject Vehicle. A true and correct copy of the Auto Loan Contract is attached hereto as Exhibit B. Petitioner continues to be a valid lien holder of the Subject Vehicle and its security interest has been perfected by notation of Petitioner's interest on the certificate of title. A copy of the Subject Vehicle's Electronic Title reflecting Petitioner's ownership interest is attached hereto as Exhibit C.

6. Pursuant to the Auto Loan Contract, Mr. Haleamau agreed to make monthly payments at the time an in the manner required by the terms of the Plan. However, Mr. Haleamau failed, neglected, and refused to make the required monthly payments and is consequently in default thereunder. Pursuant to the terms of the Plan and Auto Loan Contract, Petitioner's damages include all amounts due thereunder as well as all reasonable attorneys' fees and costs incurred by Petitioner with respect to enforcement of the Auto Loan Contract and this matter.

3

7.  As of August 22, 2012, Mr. Haleamau owed Petitioner the following amounts under the Auto Loan:

| | |
|---|---:|
| Principal: | $ 28,259.14 |
| Interest (to 08/27/12): | 3,086.20 |
| Attorneys' Fees and Costs: | 2,490.05 |
| **TOTAL** | **$ 33,835.39** |

plus continuing interest accruing after August 27, 2012 at the contract rate of 6.500% per year, $4.9647 per diem.

8.  By reason of said default, Petitioner is entitled to, among other things, take possession of the Subject Vehicle, sell the Subject Vehicle, and use the proceeds of the sale towards the amount Mr. Haleamau owes to Petitioner.

9.  Petitioner had no knowledge that the Subject Vehicle was or would be involved in any violation of the law. Petitioner did not participate in the offense or offenses by Mr. Haleamau, Petitioner did not consent to the commission of the offense or offenses by Mr. Haleamau, and the commission of the offense or offenses by Mr. Haleamau violated a covenant of the Auto Loan which specifically prohibited the use of the Subject Vehicle for "any unlawful purpose." See Plan at ¶ 21. Petitioner is a federal credit union involved with the financing of the purchase of the Subject Vehicle; Petitioner is not involved with nor does it have other knowledge of the use of the Subject Vehicle following the financing at purchase. More specifically, Petitioner had no knowledge the Subject Vehicle

4

was involved in a transaction or attempted transaction in violation of Title 18 USC 1956.

   10. As discussed above, Petitioner holds a bona fide security interest in the Subject Vehicle, and Petitioner had no knowledge and did not consent to the commission of any offense or offenses by Mr. Haleamau.  Mr. Haleamau has defaulted on that loan with Petitioner, Petitioner is owed money secured by the Subject Vehicle, and Petitioner is entitled to repossess and liquidate the Subject Vehicle to pay down the full amount it is owed by Mr. Haleamau under the terms of the Auto Contract.

[The remainder of this page has intentionally been left blank]

I, ALLEN MURAYAMA, declare under penalty of perjury that the foregoing is true and correct.

_August 28, 2012_  
Date

_Allen Murayama_  
ALLEN MURAYAMA  
Loan Recovery Officer for  
Hawaii State Federal Credit Union

Subscribed and sworn to before me this _28th_ day of _August_, 2012.

_Charlene Abihai_  
Notary Public; State of Hawaii  
My commission expires: _September 9, 2013_

| NOTARY CERTIFICATION | |
|---|---|
| Doc. Description: | Affidavit of A - Allen Murayama; Exhibits A - C |
| Doc. Date: 8/28/12 # Pages: 6 Circuit: 1st | |
| Name: _Charlene Abihai_ | Date: _August 28, 2012_ |

6