# HAWAII STATE FEDERAL CREDIT UNION
P.O. Box 3072 • Honolulu, HI 96802-3072


**LOANLINER®**

**Open-End Disbursement Receipt *Plus***

## BORROWER INFORMATION

| BORROWER 1 NAME | ACCOUNT NUMBER | DATE |
|---|---|---|
| BRANDON C HALEAMAU | | 09/08/2008 |

BORROWER 2 NAME

## SECURITY OFFERED | CONSUMERS' CLAIMS AND DEFENSES -- IF CHECKED, SEE NOTICE BELOW

THE ADVANCE IS SECURED BY YOUR SHARES, ALL PROPERTY SECURING OTHER PLAN ADVANCES AND LOANS RECEIVED IN THE PAST OR IN THE FUTURE, AND THE FOLLOWING PROPERTY:

| PROPERTY/MODEL | YEAR | I.D. NUMBER | VALUE | KEY NUMBER |
|---|---|---|---|---|
| NISSAN GTR | 2009 | JN1AR54M19M220020 | $ 70850.00 | |
| | | | $ | |
| | | | $ | |
| | | | $ | |

| PLEDGE OF SHARES AND/OR DEPOSITS $ | ACCOUNT NUMBER | PLEDGE OF SHARES AND/OR DEPOSITS $ | ACCOUNT NUMBER |
|---|---|---|---|
| | | | |

## REPAYMENT TERMS

| DAILY PERIODIC RATE | ANNUAL PERCENTAGE RATE | INTEREST RATE IS: | OTHER FEES (Amount and Description) | NEW BALANCE THIS SUBACCOUNT |
|---|---|---|---|---|
| 0.0161644 % | 5.9000 % | FIXED | $ | $ 50000.00 |

| AMOUNT ADVANCED | PAYMENT AMOUNT | DATE DUE | PAYMENT FREQUENCY | LINE OF CREDIT LIMIT | REMAINING LIMIT |
|---|---|---|---|---|---|
| $ 50000.00 | $ 966.00 | 15OCT2008 | MONTHLY | $ | $ 0.00 |

By endorsing the proceeds check for the advance described above, or by having the loan proceeds deposited into your share/share draft account or paid to a third party, you agree: (1) that the property described in the Security Offered section above ("Property") is security under the terms of the LOANLINER Credit and Security Agreement (the "Plan") for all amounts you owe under the Plan and that the property description is incorporated into and a part of the Plan; (2) that the Property is also security for any other loans, including but not limited to, any credit card loan that you have with the credit union now or in the future; and (3) to make payments as disclosed above and in accordance with the terms of the Plan.

## CONSUMERS' CLAIMS AND DEFENSES NOTICE

*The following paragraph applies to the Advance only if the box is checked.*

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

## FOR CREDIT UNION USE ONLY

| REQUESTED: | MEMBER PAYS PREMIUM FOR: | CHECK NUMBER: | | BRANCH NUMBER: p |
|---|---|---|---|---|
| | | PLAN/SUBACCOUNT NO.: NOTE #2008-150908 | PROCESSED BY: | |

| DATE | LOAN OFFICER COMMENTS: | LOAN OFFICER INITIALS |
|---|---|---|
| 08SEP2008 | | GML |

SIGNATURE(S) FOR OWNER OF COLLATERAL WHO ARE NOT BORROWER(S)
(Borrowers do not need to sign.)

By signing below, I/we agree to be bound by the terms of the Security Agreement including the cross collateral clause.

X _____   X _____
OWNER OF COLLATERAL (OTHER THAN BORROWER)   OWNER OF COLLATERAL (OTHER THAN BORROWER)



© CUNA MUTUAL GROUP, 1998, 99, 2001, ALL RIGHTS RESERVED                    KHIV11 (VXX086 LASER)