Case 1:10-cr-00567-HG   Document 97-4   Filed 08/30/12   Page 1 of 1   PageID.1203

| VIN | JN1AR54M19M220020 | | |
|---|---|---|---|
| Status | **Perfected Title** | | |
| Borrower | HALEAMAU BRANDON C | | |
| Borrower Home Phone | | | |
| Borrower Work Phone | | | |
| Branch | PEARL | Acct # | |
| Loan # | | Suffix | 1 |
| Owner | HALEAMAU BRANDON C | | |
| Lienholder | HAWAII STATE FEDERAL CREDIT UNION | | |
| Dealer ID | | | |
| License | PWP795 | Title # | PWP79508 |
| Body | | Vehicle Type | VEH |
| Account Type | **Financed (Loan)** | Loan Type | **Vehicle** |
| **User Notes Present** | | | |

| | | | |
|---|---|---|---|
| Financed | 09/08/2008 | Tech | **SLE** |
| DMV Work | 09/24/2008 | | |
| Imported | 09/25/2008 | | |
| Added | 09/10/2008 | | |
| Perfected | 09/25/2008 | | |
| Payoff | / / | Tech | |
| Released | / / | | |
| Release Type | | | |
| Exported | / / | | |
| DMV Response | / / | Code | |
| DMV Deleted | / / | | |
| Expires | / / | | |
| | Lien | Title | |
| Year | | 2009 | |
| Make | | NISS | |
| Model | | | |
| FDI Assigned User | | FDI Action Date | / / |
| Lienholder Assigned User | | Lienholder Action Date | / / |
| Misc. | | | |
| State | HI | **Electronic** | |

| Edit | More Details | Assign User/Action Date | Save Note | Release | ExplodeVIN |
|---|---|---|---|---|---|

**Notes**

* SLESCUSA * - 09/10/2008 03:09:41 PM PDT - RLSD CHK TO DEALER, AWAITING ON TITLE

Record Activity for HAWAII STATE FCU

VTTS - Status changed to PT on 09/25/2008 03:32 AM by FDI
OTTS - System note on 09/10/2008 03:10:02 PM by Stephanie Escusa:
LienHolder Assigned User Changed from BLANK to Stephanie Escusa
LienHolder Action Date Changed from / / to 09/24/2008
OTTS - Status changed to PM on 09/10/2008 15:09:24 by Stephanie Escusa