IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 10-00567 HG |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| BRANDON C. HALEAMAU, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2012, a copy of the foregoing document and all the attachments was duly served via U.S. mail on the following attorneys to their last known address:

>DARREN W.K. CHING, ESQ.
>JONATHAN M.F. LOO, ESQ.
>Office of the United States Attorney
>Prince Kuhio Federal Building
>300 Ala Moana Blvd Ste 6100
>Honolulu, HI 96850
>
>Attorneys for Plaintiff
>UNITED STATES OF AMERICA
>
>DATED: Honolulu, Hawaii, August 30, 2012.

/s/ Tracey L. Kubota
JONATHAN W.Y. LAI
TRACEY L. KUBOTA
Attorneys for Petitioner
HAWAII STATE FEDERAL CREDIT UNION